FILED
MAR 17 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 16-40013-JPG ) ) |
| RENEE D. STRAUSS, | ) ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

I, Renee D. Strauss, the above named defendant, who is accused of:

1. Two (2) counts of Making a Materially False Statement to a Federal Law Enforcement Officer in violation of Title 18 United States Code, Section 1001(a)(2);

2. One (1) count of Providing Contraband to a Federal Inmate in violation of Title 18, United States Code, Section 1791(a)(1), (b)(4), and (d)(1)(F); and

3. One (1) count of Attempting to Provide Contraband to a Federal Inmate in violation of Title 18 United States Code, Section 1791(a)(1), (b)(5), and (d)(1)(G);

have been advised of the nature of the charges contained in the Information filed by the United States Attorney. I have also been advised of my rights regarding an indictment in this matter. With full understanding of those rights, I hereby waive prosecution by indictment and consent that this case may proceed by information rather than by indictment.

3-16-16
DATE

Renee Strauss
RENEE D. STRAUSS
Defendant

Judy Kuenneke
Counsel for Defendant