**FILED**

**MAR 17 2016**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 16-40013-JPG |
| v. ) | |
| ) | Title 18, United States Code, Sections |
| RENEE D. STRAUSS, ) | 1001(a)(2) & 1791(a)(1), (b)(4) & (5), & |
| ) | (d)(1)(F) & (G) |
| Defendant. ) | |

## INFORMATION

THE ACTING UNITED STATES ATTORNEY CHARGES:

### INTRODUCTION

At all relevant times herein:

1. The United States Penitentiary at Marion, Illinois ("USP-Marion"), located in Williamson County, was a federal correctional facility or prison operated by the Federal Bureau of Prisons ("FBOP") which is an agency of the United States Department of Justice and within the Executive Branch of the United States Government.

2. USP-Marion was a medium security facility that housed inmates serving federal prison sentences.

3. Inmate A was incarcerated in USP-Marion at the direction of the Attorney General of the United States after conviction and was serving a 300 month federal sentence of imprisonment.

1

4.      RENEE D. STRAUSS (hereinafter "defendant") was employed by the FBOP as a Correctional Officer and Case Manager at USP-Marion.  Defendant's duties included ensuring that a safe and secure environment was maintained within USP-Marion for both inmates and prison staff.

5.      The Department of Justice, Office of Inspector General ("DOJ-OIG") was a federal law enforcement agency that had investigatory authority over allegations of administrative and criminal misconduct by FBOP employees.

## COUNT 1
### MAKING A MATERIALLY FALSE STATEMENT TO A FEDERAL LAW ENFORCEMENT OFFICER

1.      The allegations set forth in introductory paragraphs one through five are incorporated herein by reference.

2.      On or about September 27, 2015, at USP-Marion, in Williamson County and within the Southern District of Illinois,

**RENEE D. STRAUSS,**

defendant herein, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States, by falsely stating to a DOJ-OIG agent, who was then conducting an official investigation into allegations of official misconduct, that defendant had not provided one or more cellular telephones to Inmate A.  That statement and representation was false because, as defendant then and there well knew, defendant had provided three (3) cellular telephones to Inmate A

2

between June 2015 and September 27, 2015.

In violation of Title 18, United States Code, Section 1001(a)(2).

## COUNT 2
### MAKING A MATERIALLY FALSE STATEMENT TO A FEDERAL LAW ENFORCEMENT OFFICER

1.    The allegations set forth in introductory paragraphs one through five are incorporated herein by reference.

2.    On or about September 27, 2015, at USP-Marion, in Williamson County and within the Southern District of Illinois,

**RENEE D. STRAUSS,**

defendant herein, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States, by falsely stating to a DOJ-OIG agent, who was then conducting an official investigation into allegations of official misconduct, that the two (2) packs of Newport menthol cigarettes and two (2) cans of Skoal chewing tobacco she was found to be in possession of on that date were "gifts" for coworkers.  That statement and representation was false because, as defendant then and there well knew, defendant intended to provide those items of contraband to Inmate A on September 27, 2015, as she had done with other items of contraband on numerous occasions between June 2015 and September 27, 2015.

In violation of Title 18, United States Code, Section 1001(a)(2).

3

## COUNT 3
### PROVIDING CONTRABAND TO A FEDERAL INMATE

1. The allegations set forth in introductory paragraphs one through five are incorporated herein by reference.

2. Between in or about June 2015 and on or about September 27, 2015, at USP-Marion, in Williamson County and within the Southern District of Illinois,

**RENEE D. STRAUSS,**

defendant herein, contrary to 28 C.F.R. § 6.1, provided a prohibited object, to wit an AT&T Huawei Y536A1 cellular telephone, serial number T8E0215511000956, to Inmate A in violation of Title 18, United States Code, Section 1791(a)(1), (b)(4), and (d)(1)(F).

## COUNT 4
### ATTEMPTING TO PROVIDE CONTRABAND TO A FEDERAL INMATE

1. The allegations set forth in introductory paragraphs one through five are incorporated herein by reference.

2. On or about September 27, 2015, at USP-Marion, in Williamson County and within the Southern District of Illinois,

**RENEE D. STRAUSS,**

defendant herein, contrary to 28 C.F.R. § 6.1, attempted to provide a prohibited object, to wit tobacco, consisting of two (2) packs of Newport menthol cigarettes and two (2) cans of Skoal chewing tobacco, to Inmate A in violation of Title 18, United States Code, Section 1791(a)(1), (b)(5), and (d)(1)(G).

THE UNITED STATES OF AMERICA

_____
JAMES L. PORTER
Acting United States Attorney

_____
JAMES M. CUTCHIN
Assistant United States Attorney

Recommended Bond:   Unsecured Recognizance Bond