UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>RENEE D. STRAUSS,<br><br>Defendant(s) | Case Number:  16-CR-40013-JPG |

## MOTION TO CONTINUE SENTENCING

  COMES NOW the defendant, Renee D. Strauss, by counsel Judith A. Kuenneke, Assistant Federal Public Defender, and moves this Honorable Court to continue the sentencing hearing currently set for June 29, 2016, at 10:00 a.m. for at least 45 days.  Ms. Strauss offers the following in support of this motion:

  1. On March 22, 2016, Ms. Strauss pleaded guilty to two counts of making false statements to a federal law enforcement officer, one count of providing contraband to a federal inmate, and one count of attempting to provide contraband to a federal inmate.  Doc. #2.  She is on bond awaiting sentencing.  Doc. #9.

  2. Counsel is in the process of obtaining medical records pertinent to sentencing and has determined that additional time is needed.

  3. Assistant United States Attorney James Cutchin has no objection to a continuance in this matter.

4.  Counsel has discussed this motion with Ms. Straus, and she consents to this continuance.

WHEREFORE, counsel respectfully requests this Honorable Court to continue the sentencing hearing currently set for June 29, 2016, at 10:00 a.m. for at least 45 days.

        Respectfully submitted,

        /s/Judith A. Kuenneke
        JUDITH A. KUENNEKE
        Assistant Federal Defender
        401 W. Main Street
        Benton, Illinois   62812
        (618) 435-2552

        ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    AUSA James Cutchin

        /s/Judith A. Kuenneke
        JUDITH A. KUENNEKE
        Assistant Federal Defender