# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                                      ) | |
|     Plaintiff,    ) | |
|                                      ) | |
| v.    ) | CRIMINAL NO. 16-CR-40013-JPG |
|                                      ) | |
| RENEE D. STRAUSS,    ) | |
|                                      ) | |
|     Defendant.    ) | |

## AGREED MOTION TO CONTINUE SENTENCING HEARING

Comes now the United States of America, by Donald S. Boyce, United States Attorney for the Southern District of Illinois, and James M. Cutchin, Assistant United States Attorney, and for its motion states as follows:

1. Defendant is set currently for sentencing on Tuesday, August 9th at 10:00 a.m. having been moved by the Court on its own motion.

2. The Government's case agent, whose testimony regarding uncharged conduct may be necessary at that hearing, is unavailable on August 9th.

3. The Government accordingly respectfully requests that the Court continue sentencing in this matter until August 11th or 12th, anytime the week of August 15th, August 29th or 30th, or such other time as is convenient for the Court.

4. Defendant is on bond and, accordingly, will not be prejudiced by a short continuance.

5. Defense counsel, AFPD Judy Kuenneke, advised that defendant does not object to a continuance in this matter.

**WHEREFORE,** the Government respectfully requests that this Honorable Court grant this motion and continue the currently scheduled sentencing hearing to August 11th or 12th, anytime the week of August 15th, August 29th or 30th, or such other time as is convenient for the Court.

**Respectfully submitted,**

**THE UNITED STATES OF AMERICA**

DONALD S. BOYCE
United States Attorney

s/ *James M. Cutchin*

JAMES M. CUTCHIN
Assistant United States Attorney
402 West Main, Suite 2A
Benton, IL  62812
Phone: (618) 439-3808
jim.cutchin@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 16-CR-40013-JPG |
| | ) | |
| **RENEE D. STRAUSS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2016, I electronically filed

**AGREED MOTION TO CONTINUE SENTENCING HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Judy Kuenneke
Counsel for defendant

and I hereby certify that on August 1, 2016, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

None

                                                    Respectfully submitted,

                                                    s/ James M. Cutchin
                                                    JAMES M. CUTCHIN